**Order entered November 7, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00634-CV

### TODD PRUETT, Appellant

### V.

### MICHAEL PITTMAN, M.D., Appellee

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-07463**

## ORDER

Before the Court are appellant's October 31, 2013 motion to document that his amended brief was mailed and his October 22, 2013 motion to add newly discovered information to his appellate brief. In response to appellant's motion to document that his amended brief was mailed, the Court received appellant's third amended brief on October 30, 2013.

We **GRANT** appellant's motion to add newly discovered information. Appellant's third amended brief incorporates the additional argument. The Court will not accept any further amended briefs from appellant.

Appellee's brief is due on November 20, 2013.

/s/    ADA BROWN
         JUSTICE